968 F.2d 830w
 61 USLW 2017, RICO Bus.Disp.Guide 8047
 Richard L. SCHULTZ, Plaintiff-Appellee,
v.
Charles R. HEMBREE; Kincaid, Wilson, Schaeffer & Hembree,
P.S.C.; Frank L. Bryant, Defendants,
and
Bateman Eichler Hill Richards, Inc.; Robert J. McGuiness,
Defendants-counter-claimants-Appellants.
Richard L. SCHULTZ; Blas R. Casares, Plaintiffs-Appellees,
v.
BATEMAN EICHLER HILL RICHARDS, INC., Defendant,
and
Frank L. Bryant, Defendant-Appellant.
Blas R. CASARES, Plaintiff-Appellee,
v.
SPENDTHRIFT FARM, INC., et al., Defendants,
and
Bateman Eichler, Hill Richards, Inc.; Robert J. McGuiness,
Defendants-Appellants.
Blas R. CASARES; Richard L. Schultz, Plaintiffs-Appellees,
v.
SPENDTHRIFT FARM, INC., et al., Defendants,
and
Frank L. Bryant, Defendant-Appellant.
Blas R. CASARES, Plaintiff-Appellee,
v.
SPENDTHRIFT FARM, INC., et al., Defendants,
and
Charles R. Hembree; Kincaid, Wilson, Schaeffer & Hembree,
P.S.C., Defendants-Appellants.
Richard L. SCHULTZ, Plaintiff-Appellee,
v.
BATEMAN EICHLER, HILL RICHARDS, INC., et al., Defendants,
and
Charles R. Hembree; Kincaid, Wilson, Schaeffer & Hembree,
P.S.C., Defendants-Appellants.
Richard L. SCHULTZ, Plaintiff-Counter-defendant/Appellee,
v.
BATEMAN EICHLER, HILL RICHARDS, INC., Defendants,
and
Frank L. Bryant, Defendant/Counter-claimant/Appellant.
Blas R. CASARES, Plaintiff/Counter-defendant/Appellee,
v.
SPENDTHRIFT FARM, INC., et al., Defendants,
and
Frank L. Bryant, Defendant/Counter-claimant/Appellant.
Richard L. SCHULTZ, Plaintiff-Appellant,
v.
Brownell COMBS, II, Defendant,
and
Bateman Eichler, Hill Richards, Inc.; Robert J. McGuinness,
Defendants-Appellees.
Richard L. SCHULTZ, Plaintiff-Appellant,
v.
Brownell COMBS II, Defendant,
and
Charles R. Hembree; Kincaid, Wilson, Schaeffer & Hembree,
P.S.C., Defendants-Appellees.
Richard L. SCHULTZ, Plaintiff-Appellant,
v.
Frank L. BRYANT, Defendant-Appellee.
 Nos. 90-15605, 90-15606, 90-15883 to 90-15887, 90-15889,
90-15890, 90-15922 and 90-15923.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted Sept. 13, 1991.
Decided June 19, 1992.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE 975 F.2D 572.